# Exhibit 7

*Exemplary Claim Chart Evidencing Defendant's Infringement of
Claim 1 of the '060 Patent*

Patent Number: US8,435,060
Title: Fixtures, apparatuses, and related methods for providing load bearing connections for lighting devices
Accused Instrumentality: Hampton Bay 4-Light Directional Track Fixture (1007730350)

| Claim 1 | Accused Instrumentality: 4-Light Directional Track Fixture (1007730350) |
|---|---|
| **[1.0]** A fixture comprising a non-Edison connection for a lighting device having a non-Edison connector, the fixture comprising: | The Accused Instrumentality includes a "fixture comprising a non-Edison connection for a lighting device having a non-Edison connector" as recited in claim 1.<br><br><br><br>https://www.homedepot.com/p/Hampton-Bay-2-2-ft-4-Light-Matte-Black-Hard-Wired-Flexible-Track-Lighting-Kit-with-Center-Swivel-Bar-and-Pinhole-Head-Shades-33014/320481951 |
| **[1.1]** a fixture housing; | The Accused Instrumentality comprises a fixture housing.<br><br>For example, an image ofthe Accused Instrumentality with a fixture housing annotated is shown below: |

1

Patent Number: US8,435,060
Title: Fixtures, apparatuses, and related methods for providing load bearing connections for lighting devices
Accused Instrumentality: Hampton Bay 4-Light Directional Track Fixture (1007730350)

| Claim 1 | Accused Instrumentality: 4-Light Directional Track Fixture (1007730350) |
|---|---|
| | <br><br>Fixture Housing |
| **[1.2]** a non-Edison socket securable to the fixture housing; and | The Accused Instrumentality comprises a non-Edison socket securable to the fixture housing.<br><br>For example, an image of the Accused Instrumentality with a non-Edison socket securable to the fixture housing annotated is shown below: |

2

Patent Number: US8,435,060
Title: Fixtures, apparatuses, and related methods for providing load bearing connections for lighting devices
Accused Instrumentality: Hampton Bay 4-Light Directional Track Fixture (1007730350)

| Claim 1 | Accused Instrumentality: 4-Light Directional Track Fixture (1007730350) |
|---|---|
| | |
| **[1.3]** an engagement device securable to the fixture housing, the engagement device comprising a protrusion configured to engage a fastening receiver of a lamp housing of the lighting | The Accused Instrumentality comprises an engagement device securable to the fixture housingthat comprises a protrusion configured to engage a fastening receiver of a lamp housing of the lighting device upon insertion of the lamp housing into the fixture housing and engaging the non-Edison socket.<br><br>For example, an image ofthe Accused Instrumentality with the engagement device securable to the fixture housing annotated is shown below: |

3

Patent Number: US8,435,060
Title: Fixtures, apparatuses, and related methods for providing load bearing connections for lighting devices
Accused Instrumentality: Hampton Bay 4-Light Directional Track Fixture (1007730350)

| Claim 1 | Accused Instrumentality: 4-Light Directional Track Fixture (1007730350) |
|---|---|
| device upon insertion of the lamp housing into the fixture housing and engaging the non-Edison socket. |

For example, as in the image annotated below, the Accused Instrumentality's engagement device comprises a protrusion configured to engage a fastening receiver of a lamp housing of the lighting device.

|

4

Patent Number: US8,435,060
Title: Fixtures, apparatuses, and related methods for providing load bearing connections for lighting devices
Accused Instrumentality: Hampton Bay 4-Light Directional Track Fixture (1007730350)

| Claim 1 | Accused Instrumentality: 4-Light Directional Track Fixture (1007730350) |
|---|---|
|  | As one non-limiting example, the protrusion of the Accused Instrumentality is configured to engage a fastening receiver of a GU10 bulb upon insertion of the GU10 bulb into the fixture housing and engaging the non-Edison socket.<br><br>Details<br><br>Compatible Bulb Type — Incandescent, LED<br>Damp/Wet Rating — Dry Rated<br>Features — Adjustable Lamp Head, Dimmable<br>Fixture Color Family — Matte Black<br>Fixture Color/Finish — Matte Black<br>Light Bulb Base Code — GU10<br>Max. Bulb Wattage (W) — 50 W<br>Mount Location — Ceiling Mounted<br>Number of Tracks — 2<br>Power Source — Hard Wired<br>Recommended Light Bulb Shape Code — GU10 |

5