# Exhibit 8

*Exemplary Claim Chart Evidencing Defendant's Infringement of
Claim 1 of the '977 Patent*

Patent Number: US9,169,977
Title: LED lamp
Accused Instrumentality: PLT-80057 (Wraparound Fixture)

| Claim 1 | Accused Instrumentality:  Commercial Electric Wide Wrap Light (1014855142) |
|---|---|
| **[1.0]** A lamp comprising: | The Accused Instrumentality comprises a lamp.  *See also* https://www.homedepot.com/p/Commercial-Electric-1-Pack-4-ft-x-15-in-6000-7000-8300-Lumens-Integrated-LED-White-Commercial-Wraparound-Light-Selectable-CCT-120-277V-C03048401A/339000899 |

1

Patent Number: US9,169,977
Title: LED lamp
Accused Instrumentality: PLT-80057 (Wraparound Fixture)

| [1.1] an enclosure comprising a generally planar base and an optically transmissive lens; | The Accused Instrumentality comprises an enclosure comprising a generally planar base and an optically transmissive lens. |
|---|---|
| | For example, the annotated image of the Accused Instrumentality shown below show the enclosure.  , the transmissive lens and a generally planar base.  Further, the annotated images shown below show the Accused Instrumentality's enclosure comprises a generally planar base and an optically transmissive lens: |

2

Patent Number: US9,169,977
Title: LED lamp
Accused Instrumentality: PLT-80057 (Wraparound Fixture)



| [1.2] a plurality of LEDs mounted in the enclosure and operable to emit light through the lens when energized through an electrical path, the plurality of LEDs defining a plane; | The Accused Instrumentality comprises a plurality of LEDs mounted in the enclosure and operable to emit light through the lens when energized through an electrical path, the plurality of LEDs defining a plane.<br><br>For example, the below images of the Accused Instrumentality annotate are the plurality of LEDS mounted in the enclosure and defining a plane. |
|---|---|

3

Patent Number: US9,169,977
Title: LED lamp
Accused Instrumentality: PLT-80057 (Wraparound Fixture)





The electrical path renders the LED operable to emit light through the lens.

4

Patent Number: US9,169,977
Title: LED lamp
Accused Instrumentality: PLT-80057 (Wraparound Fixture)

| | |
|---|---|
| **[1.3]** a portion of the lens extending behind the plane of the plurality of LEDs and the base having a first width and the lens having a second internal width at its widest portion in front of the plane where the second internal width is greater than the first width such that a portion of the light is emitted as backlight behind the plane. | The Accused Instrumentality comprises a portion of the lens extending behind the plane of the plurality of LEDs and the base having a first width and the lens having a second internal width at its widest portion in front of the plane where the second internal width is greater that the first width such that a portion of the light is emitted as backlight behind the plane.<br><br>As shown in the annotated image below, the Accused Instrumentality contains a portion of the lens extending behind the plane of the plurality of LEDs and the base.  ,<br><br><br><br>As shown in the annotated images below, the Accused Instrumentality contains a portion of the lens extending behind the plane of the plurality of LEDs where the internal width of the lens is greater than the width of the base such that a portion of the light is emitted as backlight behind the plane. |

5

Patent Number: US9,169,977
Title: LED lamp
Accused Instrumentality: PLT-80057 (Wraparound Fixture)



6

Patent Number: US9,169,977
Title: LED lamp
Accused Instrumentality: PLT-80057 (Wraparound Fixture)



7