# Exhibit 9

*Exemplary Claim Chart Evidencing Defendant's Infringement of*
*Claim 1 of the '030 Patent*

Patent Number: US9,310,030
Title: Non-uniform diffuser to scatter light into uniform emission pattern
Accused Instrumentality: Ecosmart Par38 (1006248217)

| Claim 1 | Accused Instrumentality: Ecosmart Par38 (1006248217) |
|---|---|
| **[1.0]** A lamp, comprising: | The Accused Instrumentality comprises a "lamp" as recited in claim 1. *See also* https://www.homedepot.com/p/EcoSmart-120-Watt-Equivalent-PAR38-Dimmable-Flood-LED-Spot-Light-Bulb-Daylight-2-Pack-A20PR38120WES52/315605321 |
| **[1.1]** a solid state light source emitting a substantially forward emission pattern; | The Accused Instrumentality comprises a solid state light source emitting a substantially forward emission pattern. For example, an annotated image of the Accused Instrumentality with a solid state light source that emits a substantially forward emission pattern is shown below.  As one non-limiting example, the solid state light source emits light that travels in a substantially forward emission pattern. |

1

Patent Number: US9,310,030
Title: Non-uniform diffuser to scatter light into uniform emission pattern
Accused Instrumentality: Ecosmart Par38 (1006248217)

| Claim 1 | Accused Instrumentality: Ecosmart Par38 (1006248217) |
|---|---|
| | |
| [1.2] a diffuser to alter said forward emission pattern so that said lamp emits an emission pattern comprising greater uniformity than said forward emission pattern; | The Accused Instrumentality comprises a diffuser to alter the forward emission pattern so that said lamp emits an emission pattern comprising greater uniformity than said forward emission pattern.<br><br>For example, shown below is an image that identifies the diffuser which alters said forward emission pattern so that the lamp emits an emission pattern comprising greater uniformity than said forward emission pattern of the Accused Instrumentality. As one non-limiting example, the diffuser alters the forward emission pattern of the light emitted by the solid state light source such that the resulting emission pattern has greater uniformity. |

2

Patent Number: US9,310,030
Title: Non-uniform diffuser to scatter light into uniform emission pattern
Accused Instrumentality: Ecosmart Par38 (1006248217)

| Claim 1 | Accused Instrumentality: Ecosmart Par38 (1006248217) |
|---|---|
| | |
| **[1.3]** wherein the diffuser comprises a plurality of diffuser attributes that are used to control a desired emission profile for the lamp; and | The Accused Instrumentality includes a diffuser comprising a plurality of diffuser attributes that are used to control a desired emission profile for the lamp.<br><br>For example, an annotated image of the Accused Instrumentality's diffuser with a plurality of attributes used to control a desired emission profile for the lamp is shown below: |

3

Patent Number: US9,310,030
Title: Non-uniform diffuser to scatter light into uniform emission pattern
Accused Instrumentality: Ecosmart Par38 (1006248217)

| Claim 1 | Accused Instrumentality: Ecosmart Par38 (1006248217) |
|---|---|
| | |
| **[1.4]** wherein said diffuser comprises varying scattering properties over its surface based on the desired emission profile for the lamp. | The Accused Instrumentality contains a diffuser comprising varying scattering properties over its surface based on the desired emission profile for the lamp.<br><br>For example, the Accused Instrumentality has a diffuser with varying scattering properties over its surface based on the desired emission profile for the lamp.  As shown in the images below, the Accused Instrumentality's diffuser has surface texturing which varies the light scattering properties over the lamp's surface. |

4

Patent Number: US9,310,030
Title: Non-uniform diffuser to scatter light into uniform emission pattern
Accused Instrumentality: Ecosmart Par38 (1006248217)

| Claim 1 | Accused Instrumentality: Ecosmart Par38 (1006248217) |
|---|---|
| |  |

5

Patent Number: US9,310,030
Title: Non-uniform diffuser to scatter light into uniform emission pattern
Accused Instrumentality: Ecosmart Par38 (1006248217)

| Claim 1 | Accused Instrumentality: Ecosmart Par38 (1006248217) |
|---|---|
|  | |

6