# Exhibit 10

*Exemplary Claim Chart Evidencing Defendant's Infringement of
Claim 1 of the '882 Patent*

Patent Number: US9,470,882
Title: Optical arrangement for a solid-state lamp
Accused Instrumentality: ECOSMART MR16 50W (1009881217)

| Claim 1 | Accused Instrumentality:  ECOSMART MR16 50W (1009881217) |
|---|---|
| **[1.0]** An optical arrangement for a solid-state lamp, the optical arrangement comprising: | The Accused Instrumentality comprises an "optical arrangement for a solid state lamp" as recited in claim 1.<br><br><br><br>*See also* hwww.homedepot.com/pep/EcoSmart-50-Watt-Equivalent-Smart-MR16-Color-Changing-CEC-LED-Spot-Light-Bulb-with-Voice-Control-Powered-by-Hubspace-1-Bulb-12MR161050RGB01/326011001 |

1

Patent Number: US9,470,882
Title: Optical arrangement for a solid-state lamp
Accused Instrumentality: ECOSMART MR16 50W (1009881217)

| Claim 1 | Accused Instrumentality:  ECOSMART MR16 50W (1009881217) |
|---|---|
| **[1.1]** a total internal reflection (TIR) optical element including an outer surface with a conic shape that internally reflects light; and | The Accused Instrumentality comprises a total internal reflection (TIR) optical element including an outer surface with a conic shape that internally reflects light.<br><br>For example, as annotated in the image below, the Accused Instrumentality has a TIR optical element:<br><br><br><br>For example, as annotated in the images below, the Accused Instrumentality's TIR optical element has an outer surface with a conic shape that internally reflects light: |

2

Patent Number: US9,470,882
Title: Optical arrangement for a solid-state lamp
Accused Instrumentality: ECOSMART MR16 50W (1009881217)

| Claim 1 | Accused Instrumentality:  ECOSMART MR16 50W (1009881217) |
|---|---|
|  | Further, the Accused Instrumentality's TIR optical element has a shape that internally reflects light.  For example, as shown below, when a laser is emitted through the bottom of the Accused Instrumentality's TIR optical element, the light is reflected internally resulting in light exiting the top of the TIR optical element. |

3

Patent Number: US9,470,882
Title: Optical arrangement for a solid-state lamp
Accused Instrumentality: ECOSMART MR16 50W (1009881217)

| Claim 1 | Accused Instrumentality:  ECOSMART MR16 50W (1009881217) |
|---|---|
|  |  |

4

Patent Number: US9,470,882
Title: Optical arrangement for a solid-state lamp
Accused Instrumentality: ECOSMART MR16 50W (1009881217)

| Claim 1 | Accused Instrumentality:  ECOSMART MR16 50W (1009881217) |
|---|---|
| [1.2] a highly reflective secondary reflector, substantially conformal to, outside, and spaced a small gap away from the outer surface. | The Accused Instrumentality comprises a highly reflective secondary reflector, substantially conformal to, outside, and spaced a small gap away from the outer surface. <br><br> For example, as annotated in the image below, the Accused Instrumentality has a highly reflective secondary reflector: <br><br> <br><br> For example, as annotated in the image below, the Accused Instrumentality's highly reflective secondary reflector is conformal to, outside, and spaced a small gap away from the outer surface: |

5

Patent Number: US9,470,882
Title: Optical arrangement for a solid-state lamp
Accused Instrumentality: ECOSMART MR16 50W (1009881217)

| Claim 1 | Accused Instrumentality:  ECOSMART MR16 50W (1009881217) |
|---|---|
|  |  |

6