# Exhibit 11

*Exemplary Claim Chart Evidencing Defendant's Infringement of Claim 1 of the '767 Patent*

Patent Number: US9,534,767
Title: LED Lamp
Accused Instrumentality: Commercial Electric LED Vapor Tight Light (1001488235)

| Claim 1 | Accused Instrumentality:  Commercial Electric LED Vapor Tight Light (1001488235) |
|---|---|
| **[1.0]** A lamp comprising: | The  Accused Instrumentality comprises a lamp as recited in claim 1.<br><br><br><br><br><br>*See also* https://www.homedepot.com/p/Commercial-Electric-4-ft-Vapor-Tight-LED-White-Strip-Light-Fixture-IP65-Rated-3600LM-34W-120-277V-Bright-White-4000K-Harsh-Conditions-54656441ST/322481716 |
| **[1.1]** a LED lamp comprising: | The Accused Instrumentality comprises an LED lamp. |

1

Patent Number: US9,534,767
Title: LED Lamp
Accused Instrumentality: Commercial Electric LED Vapor Tight Light (1001488235)

| | |
|---|---|
| |  |
| **[1.2]** a base comprising a substantially planar member having a first side and a second side; | The Accused Instrumentality comprises a base comprising a substantially planar member having a first side and a second side.<br><br>For example, shown below are images of the Accused Instrumentality annotated with the substantially planar member and its first and second sides.. |

Patent Number: US9,534,767
Title: LED Lamp
Accused Instrumentality: Commercial Electric LED Vapor Tight Light (1001488235)



Patent Number: US9,534,767
Title: LED Lamp
Accused Instrumentality: Commercial Electric LED Vapor Tight Light (1001488235)



| | |
|---|---|
| **[1.3]** a plurality of LEDs attached to the first side of the base; | The Accused Instrumentality comprises a plurality of LEDs attached to the first side of the base.<br><br>As shown in the image below, the Accused Instrumentality contains a plurality of LEDs attached to the first side of the base. |

4

Patent Number: US9,534,767
Title: LED Lamp
Accused Instrumentality: Commercial Electric LED Vapor Tight Light (1001488235)



| | |
|---|---|
| **[1.4]** a lens mounted to the base, the lens covering the plurality of LEDs; | The Accused Instrumentality's comprises a lens mounted to the base, wherein the lens covers the plurality of LEDs.<br><br>As shown in the image annotated below the Accused Instrumentality's LED lamp comprises a lens mounted to the base. Further, the lens covers the plurality of LEDs. |

Patent Number: US9,534,767
Title: LED Lamp
Accused Instrumentality: Commercial Electric LED Vapor Tight Light (1001488235)



| | |
|---|---|
| **[1.5]** a power supply comprising a driver being mounted to the second side of the base opposite to the plurality of LEDs, the power supply providing power to the LEDs to illuminate the LEDs; and | The Accused Instrumentality comprises a power supply comprising a driver mounted to the second side of the base opposite the plurality of LEDs, the power supply providing power to the LEDs.<br><br>As annotated in the images below the Accused Instrumentality contains a power supply mounted to the second side of the base, which is opposite of the plurality of LEDs. |

Patent Number: US9,534,767
Title: LED Lamp
Accused Instrumentality: Commercial Electric LED Vapor Tight Light (1001488235)





| | |
|---|---|
| **[1.6]** a first electrical connector for providing power to the power supply; | The Accused Instrumentality comprises a first electrical connector for providing power to the power supply. <br><br> For example, as shown in the annotated image of the Accused Instrumentality below, the black |

7

Patent Number: US9,534,767
Title: LED Lamp
Accused Instrumentality: Commercial Electric LED Vapor Tight Light (1001488235)

| | |
|---|---|
| | and white wires are the first electrical connector for providing power to the power supply.  The wires are intended to connect to an external power source/supply.<br><br><br><br>First Electrical Connector |
| **[1.7]** a troffer housing for mounting the LED lamp comprising: | The Accused Instrumentality comprises a troffer housing for mounting the LED lamp.<br><br>For example, the troffer housing of the Accused Instrumentality is annotated in red in the images |

8

Patent Number: US9,534,767
Title: LED Lamp
Accused Instrumentality: Commercial Electric LED Vapor Tight Light (1001488235)

below.





9

Patent Number: US9,534,767
Title: LED Lamp
Accused Instrumentality: Commercial Electric LED Vapor Tight Light (1001488235)

| **[1.8]** a wire way comprising a trough defining a recessed interior for receiving the power supply; | The Accused Instrumentality comprises a wire way comprises a trough defining a recessed interior for receiving the power supply. <br><br> As shown in the image below, the Accused Instrumentality contains a wire way comprising a trough defining a recessed interior for receiving the supply. <br><br>  |

10

Patent Number: US9,534,767
Title: LED Lamp
Accused Instrumentality: Commercial Electric LED Vapor Tight Light (1001488235)

|  | |
|---|---|
|  | |
| **[1.9]** a second electrical conductor adapted to be connected to a source of power; | The Accused Instrumentality comprises a second electrical conductor adapted to be connected to a source of power.<br><br>As shown in the image below, the Accused Instrumentality contains a second electrical conductor connected to the power supply which is connected to the LEDs. |

11

Patent Number: US9,534,767
Title: LED Lamp
Accused Instrumentality: Commercial Electric LED Vapor Tight Light (1001488235)



| | |
|---|---|
| **[1.10]** wherein the LED lamp is secured to the troffer housing, the power supply is located in the wire way, the base is removably attached to the housing and covers the trough to enclose the recessed interior of the wire way and the first electrical connector and the second electrical conductor are in the enclosed recessed interior and first electrical connector is connected to the second electrical conductor. | The Accused Instrumentality comprises an LED lamp secured to the troffer housing, the power supply is located in the wire way, the base is removably attached to the housing and covers the trough to enclosure the recessed interior of the wire way and the first electrical connector and the second electrical conductor are in the enclosed recessed and are connected to each other.<br><br>As shown in the image below, the Accused Instrumentality's LED lamp is secured to the troffer housing. |

12

Patent Number: US9,534,767
Title: LED Lamp
Accused Instrumentality: Commercial Electric LED Vapor Tight Light (1001488235)



The Accused Instrumentality's power supply is located in the wire way. For example, when the base is secured to the troffer housing the power supply is located in the wire way.



13

Patent Number: US9,534,767
Title: LED Lamp
Accused Instrumentality: Commercial Electric LED Vapor Tight Light (1001488235)

| | |
|---|---|
| | As shown in the images below, the Accused Instrumentality's base is removably attached to the housing and covers the trough to enclose the recessed interior of the wire way,  |

14

Patent Number: US9,534,767
Title: LED Lamp
Accused Instrumentality: Commercial Electric LED Vapor Tight Light (1001488235)



15

Patent Number: US9,534,767
Title: LED Lamp
Accused Instrumentality: Commercial Electric LED Vapor Tight Light (1001488235)

As shown in the image below, the Accused Instrumentality's first electrical connector and second electrical conductors are in the enclosed recessed interior and are connected to each other via the power supply.

16