# Exhibit 12

*Exemplary Claim Chart Evidencing Defendant's Infringement of*
*Claim 1 of the '487 Patent*

Patent Number: US10,107,487
Title: LED Light Bulbs
Accused Instrumentality: Ecosmart PAR20 50W 75W (1012781337)

| Claim 1 | Accused Instrumentality: Ecosmart PAR20 50W 75W (1012781337) |
|---|---|
| **[1.0]** A light emitting diode (LED) light bulb comprising: | The Accused Instrumentality comprises a "light-emitting diode (LED) light bulb" as recited in claim 1.<br><br><br><br>*See also* https://www.homedepot.com/pep/EcoSmart-Universal-Select-50-75-Watt-Equivalent-PAR20-Dimmable-Adjustable-Beam-Angle-LED-Light-Bulb-with-6-CCT-2-Pack-14P202WSCCTAB01/332492266. |

1

Patent Number: US10,107,487
Title: LED Light Bulbs
Accused Instrumentality: Ecosmart PAR20 50W 75W (1012781337)

| Claim 1 | Accused Instrumentality: Ecosmart PAR20 50W 75W (1012781337) |
|---|---|
| [1.1] a base end including a plurality of electrical contacts arranged to mate with an electrical receptacle to receive electric current; | The Accused Instrumentality comprises a base end including a plurality of electrical contacts arranged to mate with an electrical receptacle to receive electric current. <br><br> For example, as annotated in the image below, the Accused Instrumentality has a base end including a plurality of electrical contacts arranged to mate with an electrical receptable to receive electric current. As one non-limiting example, the base end and electrical contacts are arranged to mate with an Edison screw electrical receptacle. <br><br> |
| [1.2] a distal end arranged distal from the base end; | The Accused Instrumentality comprises a distal end arranged distal from the base end. <br><br> For example, as annotated in image below, the Accused Instrumentality has a distal end arranged distal from the base end: |

2

Patent Number: US10,107,487
Title: LED Light Bulbs
Accused Instrumentality: Ecosmart PAR20 50W 75W (1012781337)

| Claim 1 | Accused Instrumentality: Ecosmart PAR20 50W 75W (1012781337) |
|---|---|
| | |
| **[1.3]** a plurality of LEDs; and | The Accused Instrumentality comprises a plurality of LEDs.<br><br>For example, as annotated in the image below, the Accused Instrumentality comprises a plurality of LEDs: |

3

Patent Number: US10,107,487
Title: LED Light Bulbs
Accused Instrumentality: Ecosmart PAR20 50W 75W (1012781337)

| Claim 1 | Accused Instrumentality: Ecosmart PAR20 50W 75W (1012781337) |
|---|---|
| | |
| **[1.4]** a circuit board arranged to support the plurality of LEDs between the base end and the distal end, wherein the circuit board is in electrical communication with the plurality of LEDs and a coating comprising an electrically insulating material disposed over the circuit board, and wherein the plurality of LEDs is mounted to the circuit board. | The Accused Instrumentality comprises a circuit board arranged to support the LEDs between the base end and the distal end, wherein the circuit board is in electrical communication with the plurality of LEDs and includes a coating comprising electrically insulating material disposed over the board, and wherein the plurality of LEDs is mounted to the circuit board. For example, as annotated in the image below, the Accused Instrumentality has a circuit board arranged to support the LEDs between the base and the distal end. |

4

Patent Number: US10,107,487
Title: LED Light Bulbs
Accused Instrumentality: Ecosmart PAR20 50W 75W (1012781337)

| Claim 1 | Accused Instrumentality: Ecosmart PAR20 50W 75W (1012781337) |
|---|---|
| | |
| | Further, as shown in the images below, the Accused Instrumentality's circuit board is in electrical communication with the plurality of LEDs and an electrically insulating material is disposed over the circuit board. |

5

Patent Number: US10,107,487
Title: LED Light Bulbs
Accused Instrumentality: Ecosmart PAR20 50W 75W (1012781337)

| Claim 1 | Accused Instrumentality: Ecosmart PAR20 50W 75W (1012781337) |
|---|---|
| | <br><br> <br><br> For example, as annotated in the image below, the Accused Instrumentality's plurality of LEDs is mounted to the circuit board: |

6

Patent Number: US10,107,487
Title: LED Light Bulbs
Accused Instrumentality: Ecosmart PAR20 50W 75W (1012781337)

| Claim 1 | Accused Instrumentality: Ecosmart PAR20 50W 75W (1012781337) |
|---|---|
|  |  |